UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert S. Wilcox,

    Plaintiff,

v.

State of Ohio, *et al.*,

    Defendants.

Case No. 2:23-cv-2477

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

Magistrate Judge Jolson issued a Report and Recommendation ("R&R") in which she recommended that Defendant Greg be dismissed for failure to timely effect service under Federal Rule of Civil Procedure 4(m). ECF No. 45. The R&R notified the parties of their right to object to the recommendations therein and that failure to timely object would amount to a forfeiture of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at 2.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The claims against Defendant Greg are dismissed for failure to timely effect service.

The Clerk shall terminate Nurse Greg as a defendant and terminate ECF No. 45.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**